UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREAT WEST LIFE & ANNUITY
INSURANCE COMPANY,

    Plaintiff,

v.                                  Case No.:   2:20-cv-705-SPC-MRM

SUSAN A. BROWN, PAUL
BROWN, MARK BROWN,
WARREN BROWN, STEPHEN
BROWN, and PAUL BROWN,

    Defendants.
_____/

# ORDER[1]

This interpleader action has settled, subject to approval by the Probate Court. (Doc. 109). Normally when a case settles, the Court administratively closes the case. But here, since the settlement must be approved and the interpleader funds are deposited in the Court registry (Doc. 89), the case will remain open pending a motion for disbursement of the deposited funds.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. This case will remain open pending a motion for disbursement of the deposited funds which must be filed after approval by the Probate Court.

2. The parties are **DIRECTED** to file a status report by **June 1, 2022**, and every 30 days thereafter.

3. The Clerk is **DIRECTED** to terminate the case management deadlines.

**DONE** and **ORDERED** in Fort Myers, Florida on April 19, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record