UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREAT WEST LIFE & ANNUITY
INSURANCE COMPANY,

    Plaintiff,

v.

SUSAN A. BROWN,

    Defendant/Cross-Claimant,

v.

PAUL BROWN, individually and as personal representative of Alfred B. Brown's estate, MARK BROWN, WARREN BROWN, and STEPHEN BROWN,

    Defendants/Cross-Defendants.
_____/

Case No.: 2:20-cv-705-SPC-MRM

# **ORDER**[1]

Before the Court is the parties' Joint Motion to Disburse Money and Dismiss (Doc. 114). Because the probate court approved the parties' settlement, the Court grants the Motion, disburses the money, and dismisses the action. *See* 28 U.S.C. § 2361; Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Motion to Disburse Money from the Court's Registry and Dismiss with Prejudice (Doc. 114) is **GRANTED**.

2. The Clerk is **DIRECTED** to disburse the remaining interpleaded funds—which are proceeds of Certificate No. 303251—held in the Court's Registry.

    a. The interpleaded funds should be sent by check payable to the **Henderson, Franklin, Starnes & Holt, P.A., Trust Account f/b/o Susan A. Brown**.

    b. The check should be for **$694,080.42 (calculating any interest and fees)**.

    c. The check should be mailed to this address: **Henderson, Franklin, Starnes & Holt, P.A., Trust Account f/b/o Susan A. Brown, Attn: C. Richard Mancini, Esq., 3451 Bonita Bay Blvd., Suite 206, Bonita Springs, Florida 34134**.

3. Once the interpleaded funds are disbursed, this action is **DISMISSED with prejudice and with each side to bear its own attorney's fees and costs**.

4. After disbursing the interpleaded funds, the Clerk is **DIRECTED** to enter judgment, deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 6, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record